UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25146-CIV-ALTONAGA/O'Sullivan

**DAVID ABELLARD, JR.**,

    Plaintiff,
v.

**MEDICAL MANAGEMENT INTERNATIONAL, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Medical Management International, Inc.'s Motion to Compel Arbitration and to Dismiss or Stay Proceeding, and Incorporated Memorandum of Law [ECF No. 19], filed February 21, 2017. Pursuant to the Local Rules, "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c). According to Local Rule 7.1(c), Plaintiff, David Abellard, Jr.'s response was due March 7, 2017. Abellard has not filed a response by the deadline or requested additional time for doing so.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 19]** is **GRANTED** by default. Arbitration of Abellard's claims is compelled. The case is **STAYED** pending arbitration. The Clerk is directed to administratively **CLOSE** this case.

CASE NO. 16-25146-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida this 9th day of March, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record